# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART G. MADLAING, | CASE NO. CV F 12-2069 LJO SMS |
| Plaintiff, | **ORDER TO VACATE HEARING** |
| vs. | (Docs. 18.) |
| JP MORGAN CHASE BANK, N.A., et al., | |
| Defendants. / | |

Defendants set a June 5, 2013 hearing on their F.R.Civ.P. 12(b)(6) motion to dismiss. Plaintiff requests to appear by telephone at the hearing. This Court's practice is to rule on motions on the record without a hearing. *See* Local Rule 230(g). As such, this Court:

1. VACATES the June 5, 2013 hearing on the motion to dismiss;
2. ORDERS the parties not to appear for a hearing, unless this Court orders otherwise, and DENIES as moot plaintiff's request to appear by telephone;
3. ORDERS defendants, no later than May 29, 2013, to file and serve their optional reply papers; and
4. ENCOURAGES the parties to devote efforts to attempt to resolve this action.

Moreover, district judges in the Eastern District of California carry the heaviest caseload in the nation, and U.S. District Judge Lawrence J. O'Neill is unable to devote inordinate time and resources to individual cases and matters. As such, this Court ORDERS the parties to consider consent to conduct all further proceedings before one of the Court's Magistrate Judges, whose schedules are far more

realistic and accommodating to parties than that of Judge O'Neill, who must prioritize criminal and older civil cases. This Court FURTHER ORDERS the parties' counsel, no later than June 3, 2013, to file and serve papers to indicate whether each party consents to the conduct of all further proceedings by a U.S. Magistrate Judge. U.S. Magistrate consent forms are available on this Court's website.

Civil trials set before Judge O'Neill trail until he becomes available and are subject to suspension mid-trial to accommodate criminal matters. Civil trials are no longer reset to a later date if Judge O'Neill is unavailable on the original date set for trial. If a trial trails, it may proceed with little advance notice, and the parties and counsel may be expected to proceed to trial with less than 24 hours notice. Moreover, this Court's Fresno Division randomly and without advance notice reassigns civil actions to U.S. District Judges throughout the nation to serve as visiting judges. In the absence of Magistrate Judge consent, this action is subject to reassignment to a U.S. District Judge from outside the Eastern District of California. Case management difficulties, including trial setting and interruption, are avoided with the parties' consent to conduct of further proceedings by a U.S. Magistrate Judge.

The parties and counsel are encouraged to contact United States Senators Diane Feinstein and Barbara Boxer to address this Court's inability to accommodate the parties and this action. For further information regarding handling of this action, the parties may contact staff attorney Gary Green at (559) 499-5683 or email him at ggreen@caed.uscourts.gov.

IT IS SO ORDERED.

**Dated:   May 24, 2013**                    **/s/  Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE